

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

| Official Use Only | | |
|---|---|---|
| **Case Number** | **Judge** | **Magistrate Judge** |
| | | |

Case:2:15-cv-14452
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 12-18-2015 At 04:15 PM
PRIS TAYLOR V BURK ET AL (AT)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

| Name *Timothy L, Taylor* | Prisoner No. *212535* |
|---|---|

**Place of Confinement**
*Oaks Correctional Facility*

| Street *1500 Caberfae Highway* | City *Manistee* | State *Mi* | Zip Code *49660* |
|---|---|---|---|

**Are there additional plaintiffs?**  ☑ Yes   ☐ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

## Defendant's Information

| Name *Burk* | Position *Warden* |
|---|---|

| Street/P.O. Box *2400 S. sheridan Dr* | City *Muskegon* | State *Mi* | Zip Code *49442* |
|---|---|---|---|

**Are you suing this defendant in his/her:**  ☐ Personal Capacity   ☐ Official Capacity   ☑ Both Capacities

**Are you suing more than one defendant?**  ☑ Yes   ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy L. Taylor
  Plaintiff

Case No.: _____
The Honorable: _____

VS.

Warden Burk, Inspector Davis,
ARUS Sowa, Ms. Baldwin (QMHP),
And L. Barns (Griev. Coor.)
  Defendants

# PRISONER Civil Rights Complaint

| Name: | | Position: | | |
|-------|---|-----------|---|---|
| P. DAVIS | | INSPECTOR | | |
| Street/P.O. Box: | City: | State: | Zip Code: | |
| 2400 S. Sheridan Dr. | Muskegan | Mich. | 49442 | |

I am suing this Defendant in his:
Both Capacities (Personal/official)

| Name | | Position: | | |
|------|---|-----------|---|---|
| Mr. Sowa | | Prisoner Counselor (ARUS) | | |
| Street/P.O. Box: | City: | State: | Zip Code: | |
| 2400 S. Sheridan Dr. | Muskegan | Mich. | 49442 | |

I am suing this Defendant in his:
Both Capacities (Personal/official)

| Name: | | Position: | | |
|-------|---|-----------|---|---|
| Ms. Baldwin | | Qualified Mental Health Provider | | |
| Street/P.O. Box: | City: | State: | Zip Code: | |
| 2400 S. Sheridan Dr. | Muskegan | Mich. | 49442 | |

I am suing this Defendant in her:
Both Capacities (Personal/official)

NAME                                    POSITION

L. BARNS                         GRIEVANCE COORDINATOR

| STReeT/P.O. Box: | CiTy: | STaTe: | Zip Code: |
|---|---|---|---|
| 2400 S. Sheridan Dr. | Muskegan | Mich. | 49442 |

I am suing This DefendanT in Her
                    BoTh CaPaciTies  (PeRsonal -official)

## I.  PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☑ Yes          ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| **Docket or Case Number:** *2:00-CV-211* |
| **Name of Court:** *UNITED STATES DISTRICT COURT WESTERN DISTRICT* |
| **Parties (Caption or Name of Case):** *TAYLOR VS LAVIGNE* |
| **Disposition:** *SUMMARY JUDGEMENT FOR DEFENDANT* |

| |
|---|
| **Docket or Case Number:** *1:00-CV-724* |
| **Name of Court:** *UNITED STATES DISTRICT COURT WESTERN DISTRICT* |
| **Parties (Caption or Name of Case):** *TAYLOR VS Bill MARTIN, et al.* |
| **Disposition:** *SUMMARY JUDGEMENT FOR DEFENDANT.* |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

SEE   ATTACHED

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  Set forth each claim in a separate paragraph.  If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

SEE   ATTACHED

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.



# STATEMENT OF FACTS

1). ON 3-12-15 PLAINTIFF was in a physical CONFRONTATION with an INMATE NICK-NAMED "World" in the UNIT ONE bathroom, ON the SECOND floor.

2). ON 3-13-15 AFTER BreakFasT, PLAINTIFF was Approached by an inmate who had witnessed the CONFRONTATION between PLAINTIFF and inmate "WORLD" AND INFORMED ThaT inmate "WORLD" HAD puT a "HiT" ON His life And ThaT a "G.D" (Ganster Disciple) Gang member had Took the money for the "HiT" and ThaT He (PLAINTIFF) should watch his BACK.

3). ON 3-13-15 at around 10:30 pm SEVERAL Gang members Approached PLAINTIFF And Tried To pick a FighT BuT PLAINTIFF Tried To walk away BuT The Gang members Followed PLAINTIFF ouT of The DayRoom.

4). As PLAINTIFF Reached His Cell (202) He was suRRounded By 8 To 10 Gang members.

5). PLAINTIFF'S Cell maTe was inside the Cell with the Cell door open and Two Gang members enTered The Cell And Took $20 in STORE items ouT of PLAINTIFF'S DesK.

6). PLAINTIFF was sTanding in the Hall suRRounded By other Gang members TRying To GeT inTo his Cell And Keep From FighTing when PLAINTIFF'S Cell maTe LefT The Cell And an inmate in The Cell NexT To PLAINTIFF'S sTepped inTo The Hall And ASked what was going on.

7). aT that Time PLAINTIFF Took the opportunity To STep inTo His Cell And SLAM the door BeFore He CouLd be ASSAULTed.

8). That the Gang members proceeded to "Jimmy" the lock of the door, use their I.D. Card on the side of the door to get it open and to convince Plaintiff to open the door and come out so they could "talk" to him.

9). The Gang members stayed outside of Plaintiffs cell until 11:30 count trying to get Plaintiffs cell door open.

10). That Plaintiff knew that at least 5 of these Gang members locked and/or resided in cells down the hall from him and that they had weapons and that he would have to deal with these Gang members, at the latest, at Breakfast time.

11). On 3-14-15 at 3:10 am Plaintiff went down stairs to the officers desk and requested to be placed in protective custody.

12). The desk officers placed Plaintiff in a dayroom and instructed him to write out a statement for the Seargeant (Sgt) providing the names of the Gang members who chased him to his cell.

13). Plaintiff wrote a statement naming the "Nick-Names" of three of the Gang members who he recognized out of the 3 to 10 Gang members who tried to assault him, (Dodge, Southend and EastCoast) and requested that the camera from unit one in the area of cell 202 be reviewed to verify that he (Plaintiff) was chased and surrounded and robbed at his cell and to be able to identify the Gang members he did not know.

14). After writing the statement Plaintiff gave it to the Sgt. who read it and instructed staff to place Plaintiff in handcuffs and escort him to segregation.

⑤

15). ON 3-18-15 PlAwTiFF was TAKEN FRom his Cell IN SegregatioN To meet AnD/or TAlK To ARUS SowA IN A Room IN SEgregatioN.

16). ARUS SowA AsKed PlAwTiFF why He was seeKiNg pRoTecTive CUsTody And PlAwTiFF wFormed ARUS SowA ThaT He HAd wRiTTEN everything down IN His sTATemeNT GiveN To The SgT., ARUS SowA sTATed ThaT he wANTed PlAwTiFF To Give him A verbal AccouNT.

17). PlAwTiFF wFormed ARUS SowA oF everything ThaT HAppeNed and sTATed ThaT iF he (ARUS SowA) LooKed aT The video CAmera AROUND Cell 202 he will see 8 To 10 GANg members TAKiNg his propeRTy And SURRouNdiNg him IN The Hall And TRyiNg To "JimmY" The cell (202) dooR TRyiNg To GeT iNTo The cell To GeT him (PlAwTiFF)

18). ARUS SowA TheN AsKed PlAwTiFF FoR The NAme oF The GUy who puT The "HiT" oN his LiFe And oF The GANg member who TooK The moNEy FoR The "HiT".

19). PlAwTiFF wFormed ARUS SowA ThaT He did NoT KNow The "Real" NAme oF The GUy who puT The "HiT" oN Him BuT He (PlAwTiFF) did KNow his NicK-NAme was "WoRld", PlAwTiFF wFormed ARUS SowA ThaT He KNew whaT "woRld" LooKed liKe.

20). PlAwTiFF wFormed ARUS SowA ThaT He did NoT KNow ANy NAme FoR The GANg member who TooK The moNEy FoR The HiT BuT The NAmes oF Three oF The 8 To 10 GANg members who ChAsed him To His Cell were, Dodge, SouThend and EasTCoAsT And He KNew whaT They LooKed liKe.

21). ARUS SowA wFormed PlAwTiFF ThaT he would be SeeN by S. C. C. (SecuRiTy ClAssiFicatioN CommiTTee) oN The

20th So he Had Two days To Come up with These NAMes or his Protection Request would be denied.

22). AFTer Talking To ARUS Sowa on 3-18-15 PlaiNTiFF wroTe a LeTTer To WARDEN BURK And INSPECTOR P. DAVIS detailing The incident From beginning To end And RequesTing Them To Review the UNIT oNe Camera ARouNd Ceil 202 (See aTTached ExhibiT A).

23). AT No Time was ~~PlaiNTFF~~ PlaiNTiFF asked by ARUS Sowa OR ANyoNe else To Look aT The UNIT oNe Photo book of All iNMATes housed iN UNIT oNe To IdenTify ANy of The Gang Members oR The Guy who PuT The "HiT" on him.

24). ON 3-20-15 PlaiNTiFF was TAkeN To See S.C.C. (ARUS Sowa, INSPECTOR DAVIS And Ms. BaldwiN), AFTer BeiNg SeaTed INSPECTOR DAVIS ASked PlaiNTiFF why he Needed ProTecTioN?

PlaiNTiFF AnswereD:

"I SenT you Two LeTTers explaiNiNg
the whole SiTuaTioN."

INSPECTOR DAVis Then STaTeD:

"I Did NOT Receive the LeTTers you speak
OF BuT I wanT To hear everyThiNg FRom You."

25). PlaiNTiFF Told INSPECTOR DAVIS And the other members OF S.C.C ThaT He had goTTen iNTo A physical ConFRonTaTion with an iNMaTe NiCk-NAMed "World" who was UpSeT AbouT The end Results OF The FighT And PuT a "HiT" on The PlaiNTiFFS liFe And ThaT A Gang Member He (PlaiNTiFF) did NoT KNow Took The money And SenT The 8 To 10 GANg members To ATTaCk And Rob Him.

26). INSPECTOR DAVIS ASked PlaiNTiFF:

"whaT is The NAMe of The Guy who PuT
The "HiT" oN You And The GaNg member

⑦

who Took The HiT?"

PlawTiffs Response To This question was:

"I dow't Know TheiR Real NAMes but

I Know whaT "WoRld" looks like."

InspecToR DAvis Then staTed:

"I dow't believe You, if There was a HiT on

You I would Know abouT iT, I Am Releasing

You back To general populaTion."

PlawTiff Asked InspecToR DAvis:

"What if Something hAppens To me?"

InspecToR DAvis's Response was:

"Then I guess we will Know You

Told The TRuTh."

26). On 3-20-15 PlawTiff Was Released fRom PRTecTive CusTody And immediaTely filed a GRievance. (See ExhibiT B).

27) On 3-24-15 The GRievance CooRdinaToR (L. BaRnes) ReTuRned The GRievance, file on 3-20-15, insTRucTing ThaT CeRTain CoRRecTions Needed To be mAde. These CoRRecTions weRe mAde and The GRievance Refiled, And To This day PlawTiff HAs NoT Received A GRievance IdenTifieR NumbeR oR a sTep I GRievance Response.

27). On 4-6-15 PlawTiff was CoRneRed in The uniT 3 loweR bathRoom by fouR 3Ang membeRs (2 with weapons) and The only ReAson PlawTiff was NoT AssAuiTed is becAuse Two otheR inmATes who Knew PlawTiff followed The 6Ang membeRs inTo The bathRoom And sTopped The ASSAuiT.

28). On 4-9-15 PlawTiff was PlAced in SegRegaTion foR a "Possession of a weapon" misconducT.

⑧

29). ON 4-10-15 PLAINTIFF WROTE INSPECTOR DAVIS A KITE INFORMING HIM THAT he (PLAINTIFF) HAD FOUND OUT THE LAST NAME OF the Guy who PUT THE "HIT" ON HIM ("KINCAIDE") AND INFORMING INSPECTOR DAVIS THAT "KINCAID" LOCKED IN THE CELL ACROSS THE HALL FROM CELL 202 AND THAT THE "NICK-NAME" OF THE GANG MEMBER who TOOK THE "HIT" WAS "BrightMore" AND he LOCKED BETWEEN CELLS 210 + 215 OF UNIT ONE.

30). PLAINTIFF ALSO INFORMED INSPECTOR DAVIS (IN THE KITE) ABOUT HIS ALMOST BEING ASSAULTED IN UNIT 3 by FOUR GANG MEMBERS. THIS KITE WAS GIVEN TO ARUS SOWA TO READ AND DELIVER TO INSPECTOR DAVIS WHEN he (ARUS SOWA) WAS MAKING ROUNDS IN SEG. (SEE EXHIBIT C)

31). AFTER PROVIDING ARUS SOWA WITH THE KITE TO GIVE TO INSPECTOR DAVIS PLAINTIFF ASKED ARUS SOWA IF he COULD RECOMMEND THAT he (PLAINTIFF) BE TRANSFERRED OUT OF THE FACILITY BECAUSE OF THE "HIT" ON HIS LIFE AND ARUS SOWA RESPONDED (SMILING): "YOU WILL BE GOING BACK TO G.P."

32). AFTER TALKING TO ARUS SOWA LEFT PLAINTIFFS CELL A GRIEVANCE WAS FILED MCF 2015-05-0435-28E.

33). ON 4-25-15 THE GRIEVANCE COORDINATOR RETURNED THE GRIEVANCE INDICATING THAT CORRECTIONS NEEDED TO BE MADE, THESE MINOR CORRECTIONS WERE MADE AND THE GRIEVANCE REFILED ON 4-29-15

34). ON 5-5-15 THE GRIEVANCE COORDINATOR (L. BARNES) AGAIN RETURNED THE GRIEVANCE "NOW" STATING THAT THE GRIEVANCE WAS "UNTIMELY", WHICH IS FALSE BECAUSE THE GRIEVANCE COORDINATOR FAILED TO TAKE INTO ACCOUNT THAT SHE HAD RETURNED THE GRIEVANCE WITH INSTRUCTIONS FOR CORRECTIONS TO BE MADE, SHE CAN NOT THEN DENY THE GRIEVANCE FOR

(9)

Being "Untimely". (See Exhibit D), on 5-26-15 The
step II Grievance was filed And To This day No
Response Has Been Received.

    35). On 4-24-15 Plaintiff was seen by
S.C.C., for The possession of a weapon misconduct,
And was Asked By Inspector Davis'.

    "What were you going To do with The Knife?"
Plaintiffs Response was:

    "It was Not my Knife, but if it had
    been it would have been for Protection".
Inspector Davis Then Asked:

    "Protection From who?"
Plaintiff Responded:

    "From The same guys I Told you About from
    The beginning. I was Cornered by Four Gang
    members (2 with weapons) In Unit 3 Lower
    bathroom and The only Thing That Saved me
    was That Two Guys That I Knew Followed
    Them Into The bathroom and stopped Them
    From Assaulting me."

    "I sent you a Kite detailing All
    of This Didn't You Get it?
Inspector Davis Responded:

        "NO!"

Plaintiff Stated:

    "I Gave The Kite To ARUS Sowa To Give
    To You."
ARUS Sowa Cut In Stating:

    "I Put The Kite In Your Mail Box."

INSPECTOR DAVIS (smiling) STATED:

"I've been on VACATION SO I did NOT READ IT."

PLAINTIFF ASKED:

"Did you at LEAST LOOK AT THE video FROM THE UNIT ONE Camera OR READ ANY OF THE KITES I HAVE WRITTEN TO YOU?"

INSPECTOR DAVIS Replied:

"NO"

PLAINTIFF THEN ASKED:

"WHY ARE WE here if you don't have All OF THE NeCessary INFORMATION TO make an informed decision?

INSPECTOR DAVIS RESPONDED:

"I'm Releasing you back To G.P. That's my decision, I don't Need ANYthing Other ThaN ThaT."

36). PLAINTIFF was THEN escorted back To his Cell where he wrote a KITE TO INSPECTOR Davis STATING:

"INSPECTOR: THE SITUATION AS iT STANDS is This... IF you place me back IN G.P I AM going To Kill or Try To Kill ONe or both OF THE buys I mentioned or They ARE Going To Kill me... IF you ARe OK with This Then iT IS what iT is."

37). PLAINTIFF GAVE THE KITE To The Segregation Officer AND Asked him To give iT To INSPECTOR DAVIS before He LeFT. Ten minutes Later The officer comes back To

(11)

Plaintiffs Cell saying that Inspector Davis had instructed him to write him (Plaintiff) a "Threatening Behavior" misconduct.

37). At notime during, before or after the S.C.C hearing was Plaintiff asked to identify any of the Gang members or the guy who put the Hit on him from the Unit one or Unit three Photo Book of the Prisoners Locking in these units, even after Plaintiff stated He knew what they Looked like.

38). On 4-24-15 Plaintiff filed a Grievance against S.C.C, MCF 2015-05-0436-28A. On 5-05-15 The Grievance Coordinator (L. Barnes) Returned the Grievance rejecting it as "Duplicate" of Grievance 0435. On 5-26-15 The Step II Grievance was filed and to this date No Response from L. Barnes or any-one else Has Been Received (See Exhibit E).

39). On 5-7-15 Plaintiff was again Seen By S.C.C. (Inspector Davis, ARUS Sowa and Ms. Baldwin), while Being escorted to the Room to see S.C.C, Plaintiff Noticed that Ms. Baldwin was standing outside the Room in the hallway while Inspector Davis and ARUS Sowa were discussing Plaintiffs Situation, This is Known because Plaintiff overheard ARUS Sowa saying "Taylor's Lying": Once Plaintiff was seated Inspector Davis Called Ms. Baldwin Back into the Room.

40). As Ms. Baldwin entered the Room And was seated, Inspector Davis stated:
"We Are Releasing You Back to G.P."
Plaintiff Asked:
"Why would You Release me back to G.P Knowing There is a "Hit" on my life?"

Inspector Davis Replied:

"There is no "Hit" on you, I would know
if it was."

40). Plaintiff was escorted back to his cell

42). On 5-8-15 Plaintiff stopped ARUS Sowa while he was
making rounds in Segregation and again Requested to be
Transferred out of the facility, and ARUS Sowa stated:

"You will not be Transferred."

Plaintiff Then asked:

"Why are you, Inspector Davis, and Ms.
Baldwin releasing me back to G.P when
I HAVE just been found Guilty of
Threatening Behavior?"

ARUS Sowa's Response was:

"Go Get Them Bucko, we'll be here
when you get back."

43). On 5-10-15 Plaintiff was Released back to G.P. On
5-13-15 Plaintiff went to ARUS Calvin in Unit Two and explained
the whole Situation from beginning to end and asked That
he put in a Transfer for him (Plaintiff) as Soon as possible.

44). ARUS Calvin informed Plaintiff That There was
Nothing he could do, but if he (Plaintiff) wrote a Letter to
The Warden he (ARUS Calvin) would Take The Letter up To
Control Center Personally and put it in Warden Burks Mail
box... Plaintiff immediately wrote The Letter and Gave it
To ARUS Calvin (See Exhibit F).

45). 5-10-15 Plaintiff was called up to Control Center
at Around Lunch Time To see Warden Burks

(13)

46). Upon arrival to Control Center Plaintiff was escorted to the Visiting Room, which was empty except for Plaintiff and Warden Burk,.. Warden Burk informed Plaintiff that she had received his kites from segregation and had instructed Inspector Davis to investigate Plaintiff's concerns, but now that Plaintiff was out of segregation she wanted to hear everything from him (Plaintiff) and discuss what was going on in the protection situation.

47). Plaintiff reiterated everything from the beginning to the end and gave her the name of the guy who put the "Hit" on him ("Kincaid") and the Nick-name of the gang member who took the money for the "Hit" ("Brightmore").

48). Warden Burk stated that she was familiar with prisoner "Kincaid".

49). Plaintiff informed Warden Burk that he simply wanted to avoid being hurt or assaulted and asked to be placed back in protective custody and transferred.

50). Warden Burk told Plaintiff that she would stand by S.C.C's decision and that Plaintiff would not be transferred anytime soon and had Plaintiff escorted back to Unit Two.

51). On the evening of 5-13-15 when the dinner lines for Unit Two were called/released Plaintiff was assaulted and stabbed by three gang members on the left side of his head and neck area as he was exiting his cell.

52). Plaintiff was pushed back into the cell and stabbed in the ear and neck, if not for Plaintiff fighting

(14)

for His life And being Able To Push Through The Gang members
into The Hallway And Run Toward The officers desk were
No officer was present.

53). Plaintiff waited at The officers desk until An
officer showed up Two To Three minutes Later, The Gang
members Ran out of The unit and went To The Chow-hall.

54). Plaintiff informed The desk officer That he Had
been Stabbed And was sent To Health Care, were he was
questioned And Told That He (Plaintiff) would be seen by The
Inspector and/or LT. That Night or The Next day. by The Sgt.

55). After Being Treated for The Large whole
w my Left ear and The Three inch Grice down
The Left side of Plaintiffs Neck, Plaintiff was
escorted To Segregation where Pictures were
"Then" Taken of Plaintiffs injuries.

56). Plaintiff informed The Sgt. That He did Not
Know The Name of The Gang members who Assaulted him
But He could Identify The one with The Knife and The
Sgt. informed Plaintiff To Let The LT. and Inspector
Know when They Talked To Him either That Night or The
Next day.

57). At No-Time on 5-13-15, after being escorted To
Segregation, Through 5-19-15, (The day Plaintiff was Transferred)
was Plaintiff Seen or questioned by Anyone (The LT, Inspector
Davis, ARUS Sowa or Ms. Baldwin), Asked what happened or
Asked To Identify The Guy who Stabbed them, In Fact
No Investigation was conducted into The Stabbing of
Plaintiff.

58). ON 5-13-15 PlaintiFF Filed a Grievance with the Grievance Coordinator (L. Barnes), MCF 2015-05-0495-03B, on 6-20-15 Plaintiff received The Step I Response And mailed his Request For a Step II Grievance Form on 6-21-15. To This day Plaintiff has Not Received The Step II Grievance. (See Exhibit 6).

59). Plaintiff has made every effort To exhaust his Administrative Remedies but was hendered From doing so By The Grievance Coordinator who Refused To File Grievance, Then Tried To Discourage Filing by Returning Grievances with Instructions To Correct minor errors Then Rejecting Grievances For being "untimely" when Instructions are Followed And Lastly Failing To provide The Step II & III Grievances To Allow Plaintiff To move Forward with his Complaints.

## DENIAL OF DUE PROCESS

60). Plaintiff was denied Due Process when ARUS Sowa; Inspector Davis Failed To Comply with PD-05.01.140(X) And Conduct an investigation into Plaintiffs Request For Protective Custody, but, instead Denied Plaintiffs Request because He Could Not provide The Name of The Guy who put the "Hit" on his Life or The Name of The Gang member who Took The "Hit", Names Plaintiff did Not Have on 3-18-15 or 3-20-15.

61). Plaintiff was denied his Due process when After Being Found Guilty of Threatening Behavior on Two inmates No "Special Problem offender Notice"

(16)

(SPON) was Not Filed Violating PD-03.03.110 (E)(1), obviously Inspector Davis Believed the Threat was Real As he Instructed The officer To write the misconduct Thus warranting A "SPON" Be Placed in Plantiffs File For The Two inmates mentioned.

62). Plantiff was denied Due Process when The Grievance Coordinator Refused And/or Failed To Process And File Step I Grievances, Returned Step I Grievances with excuses for corrections To be made Then deny The Grievances when corrections are made And Grievance Refiled And Failing To Provide Step II and III Grievances intentionally Hendering Plantiffs Ability To Litigate his Complaints. Violating PD-03.02.130 & OP-03.02.130.

63). Plantiff was Denied Due Process when warden Burk Failed To HAVE An Investigation conducted According To PD-05.01.140(X), PD-03.03.110 (E)(1) After being made aware of Her staffs Failure To Act accordingly To The Circumstances And Doubly So when Plantiff was stabbed And Assaulted After Requesting Protective Custody From Her Personally in Control Center.

## Claims of Relief

64). That The Failure of Defendant Sowa To Conduct An Investigation Into Plantiffs Protective Custody Request By Failing To Review The Unit One Camera Around and in The Hall where Cell 202 ████ (Plantiff Cell) was Located, or To Ask Plantiff To Identify The Guy who put The "HIT" on him

(17)

"Kincaide", And the three Gang members He Named in His (Plaintiffs) initial statement and verbal statement to him (Defendant Sowa) at that time especially when Plaintiff told defendant Sowa that He (Plaintiff) could Identify them or knew what they looked like, and lastly defendant Sowa gave Plaintiff an Ultimatum that He Had two days to come up with the name of the Guy who put the "Hit" on You and the Gang member who took the Hit or you will be denied Protection. These words and Actions or Lack of Action violated Plaintiffs Due Process Right and Eighth Amendment Right to Cruel and Unusual Punishment and Fourteenth Amendment Rights of the United States Constitution.

(65). That the actions of defendants Davis, Sowa and Baldwin in denying Plaintiff protective custody on three (3) separate incidents 3-20-15, 4-24-15, and 5-7-15 Resulted in Plaintiff Being Assaulted and stabbed six days After the Last denial of Protective custody violating Plaintiffs United States Constitutional Eighth Amendment Right to Be Free From Cruel and Unusual Punishment, constituting Deliberate Indifference to the Health & safty of Plaintiffs life.

(66). That the deliberate indifference of defendants Burk and Davis to Plaintiffs safty and their intentional failure to investigate the claims of plaintiff As well as their Refusal to provide protection for the Plaintiff constitutes A violation of the Fourteenth Amendment Right to Due Process and the Eighth Amendment Right to Be Free From Cruel and Unusual Punishment.

(67). That the Deliberate Refusal of L. Barnes

(18)

To Process And Provide STEP # o III Grievances As Well
As Defendant Barnes deliberate Henderance of Plaintiffs
efforts To Exhaust his Administrative Remedies Constitutes
A violation of the United States Fourteenth Amendment
Right To Due Process.

## RELEEF REQUESTED

Wherefore, Plaintiff Request That The Court grant
The Following:
(A) - Issue a Declaratory Judgement stating that:
1). That The deliberate Failure of defendants Sowa,
Davis and Burk To investigate The "Hit" And Attempted Assaults
on Plaintiff Constituted Deliberate Indifference And violated
Plaintiffs Fourteenth Amendment Right To Due Process And
Resulted in Plaintiff Being stabbed on The Left Side of his
Head and Neck, Violating the Eighth Amendment Right To
Be Free of Cruel And Unusual Punishment.
2). That The deliberate denial And Refusal of
Protective Custody By defendants Davis, Sowa And, Baldwin
on three separate occasions Resulted in Plaintiff being
stabbed on the Left side of His head and Neck Area,
Violating Plaintiffs United States Constitutional Eighth
Amendment Right Against Cruel And Unusual Punishment.
3). That The deliberate Henderance of Plaintiffs
Attempts To File Complaints, Against S.C.C. members Sowa,
Davis And Baldwin, By Defendant Barnes Constitutes A
Violation of Plaintiffs Fourteenth Amendment Right To Due

Process and that this action was Deliberate.

(B). AWARD Compensatory damages in the following Amounts:

1). $60,000.⁰⁰ Each for warden Burk, Enspector Davis and ARUS Sowa. and L. Barnes Griev. Cor.

2). $40,000.⁰⁰ Against Qualified Mental Health Provider Baldwin.

(C) AWARD Punitive damages in the following Amount

1) $20,000 each for defendants Burk, Davis and, Sowa. & Barnes

2) $10,000 for defendant Baldwin

(D) Grant such other Relief as it may seem Appropriate That Plaintiff is entitled To.

Respectfully Submitted

Timothy L. Taylor

Dated: 12-15-15

Timothy Lewis Taylor
#212535
Oaks Correctional Facility
1500 Caberfae Hwy.
Manistee, Michigan 49660-9200

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

_See Attached_

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on _December 15, 2015_ (date).

_Timothy L. Taylor_
Signature of Plaintiff



What attempt did you make to resolve this issue prior to writing this grievance? On what date? **PAGE 1 OF 2**
If none, explain why.

TO: WARDEN BURK

FROM: T. TAYLOR #212535

**[ RE: PROTECTIVE CUSTODY.**

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I AM WRITING THIS KITE ON THIS GRIEVANCE BECAUSE THEY ARE NOT PROVIDING PAPER HERE IN SEG.

I AM WRITING YOU THIS LETTER BECAUSE I JUST GOT DONE TALKING TO ARUS SOWA HERE IN SEG, ABOUT WHY I LOCKED UP FOR PROTECTION, I TOLD HIM THAT ON 3-12-15 I HAD GOT INTO A PHYSICAL CONFRONTATION WITH A GUY NICK-NAMED "WORLD", AND I CAME OUT ON TOP. ON 3-13-15 AFTER BREAKFAST A GUY I KNEW CAME TO ME AND TOLD ME THAT "WORLD" HAD PUT A "HIT" ON ME AND A "G.D" GANG MEMBER TOOK TO MONEY FOR THE "HIT SO I NEED TO WATCH MY BACK. ON 3-13-15 AT AROUND 10:30 PM 8 TO 10 GANG MEMBERS CHASED ME TO MY CELL (UNIT 1 CELL 202) AND ROBBED ME OF MY FOOD ITEMS ($20 IN FOOD) AND WAS ABOUT TO JUMP ON ME WHEN MY NEIGHBOR CAME OUT OF HIS CELL AND ASKED WHAT WAS GOING ON, I TO THAT OPPORTUNITY TO STEP INTO MY CELL AND SLAM THE DOOR, THESE GANG MEMBER TRIED TO JIMMY THE CELL DOOR OPEN AND CONVINCE ME TO COME OUT AND "TALK TO THEM BUT I REFUSED, ALL OF THIS CAN BE VERIFIED BY THE UNIT 1 CAMERA AROUND CELL 202,

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No If No, give explanation. If resolved, explain resolution.)
AT 3:10 AM ON 3-14-15 I WENT TO THE OFFICERS DESK AND REQUESTED TO BE PLACED IN PROTECTION, I WROTE A COMPLETE STATEMENT AND GAVE IT TO THE SGT. NAMING THE NICK-NAMES OF THREE OF THE GANG MEMBERS I RECOGNIZED, "SOUTHEND, DODGE, AND EASTCOAST."

I TOLD ARUS SOWA TO REVIEW THE UNIT 1 CAMERA AROUND CELL 202 AND HE WOULD SEE WHAT I WAS TALKING ABOUT. ARUS SOWA ASKED ME WHAT WAS THE NAME OF THE GUY WHO PLACED THE "HIT" ON ME AND

| Respondent's Signature | | Date | Reviewer's Signature | | Date |
|---|---|---|---|---|---|
| Respondent's Name (Print) | | Working Title | Reviewer's Name (Print) | | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

What attempt did you make to resolve this issue prior to writing this grievance? On what date? PaGe 1 oF 1
If none, explain why. THe NAMe OF The GANG MeMBeR who TooK THe "HiT," I
Told ARUS So wa THaT I DiD NOT KNOW The ZeaL uaMe OF The GUY
"WoRld" ANd I DiD NOT KNOW The NAMe OF The GANG MeMBeR who TOOK
The "HiT," ARUS Sowa THeN Told Me THaT I would Be SeeN BY SLC

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

ON The 20TH So I HAd Two days To CoMe uP wiTh THeSe NAMeS.

MS BURK, I AM IN SeG. THere IS No wAY THaT I CAN FiNd ouT The
NAMeS oF THeSe GUYS, iTS liKe ARUS SoZa wANTS Me To do HiS Job
FoR HiM, I Told HiM THaT I KNew whaT "WoRld" ANd THe OTHeR THRee
GANG MeMBeRS Looked liKe BUT He NeVeR ASKeD Me To PiCK THeM OUT
OF A uNiT PhoTo/MUG ShoT Book ANd He gaVe Me THe iMPReSSioN ThaT He
wAS NOT GoiNG To ReVIew The uNiT 1 CaMeRa AROuNd CeII 202 THeReFoRe
I AM ASKiNG iF YOU would PLeASe ReVIew The CaMeRa IN uNiT 1 ARouNd
CeII 202 So THaT YOU wiII See THaT I AM TellING THe TRuTh.

I AM ASKiNG YOU To TRANSFeR Me OUT OF THiS FaCiliTY So THaT
I CAN Be ReMoVed FRoM THiS SiTuaTioN, MY liFe IS IN DANGeR ANd I AM
ASKiNG FoR PRoTeCTioN.

Signed Taylor
Grievant's Signature
3-18-15

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
| --- | --- | --- | --- |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
| --- | --- | --- | --- |
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **Page 1 of 1**
If none, explain why.

To: INSPECTOR DAVIS.
FROM: T. TAYLOR #212535
[RE: PROTECTIVE CUSTODY

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I AM WRITING THIS ON A
GRIEVANCE FORM BECAUSE THEY ARE NOT GIVING OUT PAPER IN SEG.

I AM WRITING YOU THIS LETTER BECAUSE ARUS SOWA TOLD ME THAT I WILL
BE SEEING YOU AND THE REST OF S.C.C THIS THURSDAY THE 20TH AND I WOULD LIKE
TO REQUEST THAT YOU PLEASE REVIEW THE UNIT ONE CAMERA AROUND CELL 202
SO THAT YOU WILL SEE THE 8 TO 10 GANG MEMBERS TAKING MY STORE ITEMS AND IN
THE PROCESS OF ASSAULTING ME.
        INSPECTOR DAVIS, ON 3-12-15 I WAS IN A PHYSICAL ALTERCATION WITH A GUY
CALLED "WORLD" AND HE CAME OUT ON THE SHORT END, ON 3-13-15 A GUY I KNEW CAME
TO ME AND TOLD ME THAT "WORLD" HAD PLACED A "HIT" ON MY LIFE AND THAT A
GANG MEMBER HAD TOOK THE MONEY FOR THE "HIT" AND THAT I SHOULD WATCH MY
BACK. ON 3-13-15 I WAS CHASED TO MY CELL BY 8 TO 10 GANG MEMBERS AND AS
THEY WERE ABOUT TO JUMP ME MY NEIGHBOR CAME OUT OF HIS CELL AND ASKED
WHAT WAS GOING ON, I TOOK THIS OPPORTUNITY TO STEP BACK INTO MY CELL AND
SLAM THE CELL DOOR, THE GANG MEMBERS THEN TRY TO JIMMY THE DOOR LOCK

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)
TO OPEN THE DOOR AND CONVINCE ME TO COME OUT TO "TALK", I REFUSED.
    THERE IS A "HIT" ON MY LIFE AND I AM ASKING THAT YOU GRANT MY
REQUEST FOR PROTECTIVE CUSTODY AND TRANSFER ME OUT OF THIS FACILITY.
IF YOU REVIEW THE CAMERA FROM UNIT ONE AROUND CELL 202 YOU WILL SEE
THAT PROTECTION IS WARRANTED.

                                    Signed
                                    Taylor
                                    3-18-15

_____        _____        _____   _____
Respondent's Signature          Date            Reviewer's Signature        Working Title
_____        _____        _____   _____
Respondent's Name (Print)       Working Title   Reviewer's Name (Print)     Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
| --- | --- | --- | --- |
| | | Grievant's Signature | Date |

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One: Goldenrod — Grievant



# MICHIGAN DEPARTMENT OF CORRECTIONS

## MEMORANDUM

**DATE:**   3/24/2015

**TO:**   Taylor 212535
**LOCK:**

**FROM:**   L. Simmons, Grievance Coordinator
Muskegon Correctional Facility (MCF)

**SUBJECT:** GRIEVANCE FORM CORRECTION REQUIRED TO PROCESS

### Your grievance is being returned to you for correction:

|   | | | |
|---|---|---|---|
| _____ | ATTEMPT TO RESOLVE YOUR ISSUE | _____ | SIGN YOUR GRIEVANCE |
| __X__ | CHECK YOUR DATES | _____ | ADD NAME OF STAFF INVOLVED |
| _____ | ADD __COPY(S) OF YOUR EXTRA PAGES | _____ | ALLOW STAFF TIME TO RESPOND |
| __X__ | MISSING DATE OF INCIDENT | _____ | MISSING TODAY'S DATE |
| __X__ | MISSING COMPLETE NAME | __X__ | USE ONLY 1 GRIEVANCE FORM |
| _____ | CANNOT ADDRESS HERE/SEND TO: | _____ | |
| __X__ | OTHER REASON(S): | Refer to PD 03.02.130 | |

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

*PAGE 1 of 2*

Date Received at Step I _____    Grievance Identifier: | | | | | | | | | | | | | | |

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Timothy L Taylor | 218535 | MCF | 5&B | 3-20-15 | 3-20-15 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? *YES 3-20-15*
If none, explain why. *DURING S.C.C. Hearing*

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. *ON THE ABOVE DATE I WAS
SEEN BY S.C.C. CONCERNING whether my Request FOR protection would be
Upheld OR denied. AT this hearing I INFORMED INSPECTOR DAVIS, ARUS SCHIA AND
MS. Baldwin (QMHP) That I did NOT WANT TO BE Released back TO G.P because my
LIFE IS IN danger FROM GANG members who Took a "HIT" ON my life, That if
They Review The Camera of The Hallway of UNIT ONE AROUND Cell 202 They
Could VERIFY that 8 To10 GANG members chased me to my Cell And Robbed
me. I Requested TO BE Removed FROM THIS SITUATION AS I did NOT WANT
ANYONE To cause me HARM OR TO BE a VICTIM IN The Hospital.*

*IN RESPONSE To my STATEMENT INSPECTOR DAVIS STATED: "I don't believe
you, if There was a "HIT" ON YOU I would KNOW About IT, I'm Releasing you
Back TO G.General POPULATION..." When ASKED, what if something happens To me?
INSPECTOR DAVIS STATED: "Then I Guess We WILL KNOW you Told The TRUTH."*
*When I ASKED if he Reviewed The Camera FROM IN FRONT of my
Cell, The INSPECTOR Replied: "NO"... I WROTE a STATEMENT ON 3-14-15*

RESPONSE (Grievant Interviewed?)    ☐ Yes    ☐ No    If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____    Date _____    Reviewer's Signature _____    Date _____

Respondent's Name (Print) _____    Working Title _____    Reviewer's Name (Print) _____    Working Title _____

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | |
|---|---|---|
| | | Grievant's Signature _____    Date _____ |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: | | | | | | | | | | | | |

| **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. | | | | | | |
|---|---|---|---|---|---|---|
| Name (print first, last) | | Number | Institution | Lock Number | Date of Incident | Today's Date |
| | | | | PAGE 2 OF 2 | | |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why.

WheN I Locked up ANd Submitted ANother written STaTemeNT To The hearing INVESTigaTor To deliver To The iNSpecTor BuT For some UNKNOWN ReasoN He claims NOT To have received either OF mY STaTemeNTs ANd shows SigNs OF

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

DeliberaTe iNdiFFereNce To mY PhYsical SaFeTY ANd liFe.
    There has beeN "NO" INVESTigaTioN iNTo mY SiTuaTioN ANd VisiblY "NO" SigNs oF INTeNTioNs oF one beiNg DoNe As is Required bY PD-05.01.140(K)
I Am BeiNg Forced To either ReTURN To G.P or SiT IN SegregaTioN For TWO To Three moNThs Receiving D.D.O's every week For ReFusiNg To ReTURN To G.P which is a "PUNiShmeNT" For simply AskiNg For The AdmiNisTraTioN To ProTecT me From beiNg AssaulTed oR STabbed.
    The acTioN ANd/oR iNacTioN oF S.C.C ViolaTes mY EighTh AmeNdmeNT RighT To be Free From CRuel AN UNUsual PUNishmeNT.

_____
O. Taylor
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

_____    _____    _____    _____
Respondent's Signature    Date    Reviewer's Signature    Date

_____    _____    _____    _____
Respondent's Name (Print)    Working Title    Reviewer's Name (Print)    Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | | |
|---|---|---|---|
| | | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant



What attempt did you make to resolve this issue prior to writing this grievance? On what date? **4-10-15**
If none, explain why.

TO; INSPECTOR DAVIS
FROM; T. TAYLOR #412535                  RE: PROTECTIVE CUSTODY

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I AM WRITING THIS KITE ON
THIS GRIEVANCE FORM BECAUSE THERE IS NO PAPER BEING PROVIDED IN SES.

I AM WRITING YOU THIS KITE TO INFORM YOU THAT ON 4-6-9 I WAS
FOLLOWED INTO THE UNIT THREE LOWER BATHROOM BY FOUR GANG MEMBERS (TWO WITH
WEAPONS) AND THE ONLY REASON WHY I WAS NOT ASSAULTED IS BECAUSE TWO GUYS
I KNEW SAW THE GANG MEMBERS FOLLOW ME INTO THE BATHROOM AND THEY CAME IN
AS WELL AND THEY STOPPED ANYTHING FROM HAPPENING. INSPECTOR DAVIS THE
THREAT TO MY LIFE IS VERY REAL AND I AM ASKING YOU AND THE OTHER
MEMBERS OF S.C.C TO TRANSFER ME BEFORE ANYTHING HAPPENS, I FOUND OUT
THE LAST NAME OF THE GUY WHO PUT THE "HIT" ON ME "KINCAIDE" AND THE
NICK-NAME OF THE GANG MEMBER WHO TOOK THE MONEY FOR THE "HIT" "BRIGHTMORE",
THESE ARE THE NAMES YOU ASKED ME FOR AND I AM ASKING YOU TO TRANSFER ME
BEFORE ANYTHING HAPPENS TO ME OR TO ANYONE AS I WILL PROTECT AND DEFEND MYSELF
EVEN THOUGH I AM ONE AGAINST MANY. I AM NOW IN THE HOLE FOR POSSESSION
OF A WEAPON FOR TRYING TO PROTECT MYSELF.

Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No     If No, give explanation. If resolved, explain resolution.)
IT SEEMS THAT S.C.C WANTS TO PUNISH ME FOR REQUESTING PROTECTIVE
CUSTODY OR THAT YOU WANT SOMETHING TO HAPPEN TO ME "FIRST" BEFORE PROTECTION
WILL BE PROVIDED, THIS IS NOT RIGHT! THE WHOLE POINT FOR REQUESTING PROTECTIVE
CUSTODY IS TO KEEP FROM BEING PUNISHED FOR ANY CONFRONTATION AND/OR TO KEEP
FROM BEING INVOLVED IN ANY CONFRONTATION PERIOD. THEREFORE I AM ONCE AGAIN
ASKING TO BE TRANSFERRED AS MY LIFE IS IN DANGER.

| Respondent's Signature | Date | Reviewer's Signature        | Date     |
|                        |      | *[signature]*               | 4-10-15  |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

What attempt did you make to resolve this issue prior to writing this grievance?  On what date? 4-10-15
If none, explain why.

TO: WARDEN BURK
FROM: T. TAYLOR

[ RE: PROTECTIVE CUSTODY.

State problem clearly.  Use separate grievance form for each issue.  Additional pages, using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form.  The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I AM WRITING THIS KITE ON
THIS GRIEVANCE FORM BECAUSE I AM NOT BEING provided PAPER IN SEG.

I AM WRITING THIS KITE BECAUSE I HAVE BEEN placed IN THE HOLE FOR
POSSESSION OF A WEAPON AND I WANT TO AGAIN IMPRESS UPON YOU MY
REQUEST FOR PROTECTION.. ON 4-6-15 I WAS FOLLOWED INTO THE UNIT THREE
LOWER BATHROOM BY FOUR GANG MEMBERS (TWO WITH WEAPONS) AND THE ONLY
REASON THAT I WAS NOT STABBED OR ASSAULTED IS BECAUSE TWO OTHER INMATES
WHO KNEW ME SAW THESE GANG MEMBERS FOLLOW ME IN THE BATHROOM AND THEY
CAME INTO THE BATHROOM AFTER THEM AND STOPPED ANYTHING FROM HAPPENING,
THIS SITUATION IS NOT GOING AWAY, ALSO I FOUND OUT THE LAST NAME OF
THE INMATE WHO PLACED THE "HIT" ON MY LIFE "KINCAIDE" AND THE NICK-
NAME OF THE GANG MEMBER WHO TOOK THE MONEY FOR THE "HIT" "BRIGHTMAN"
THESE ARE THE TWO GUYS RESPONSIBLE FOR THESE ATTEMPTED ASSAULTS AND
I AM ASKING TO BE TRANSFERRED BEFORE ANYTHING HAPPENS TO ME OR

Grievant's Signature

RESPONSE (Grievant Interviewed?    ☐ Yes  ☐ No   "If No, give explanation.  If resolved, explain resolution.)
ANYONE ELSE.

INSPECTOR DAVIS NOR ARUS SOWA SEEMS TO BE INCLINED TO DO
OR PERFORM ANYTIME OF INVESTIGATION INTO MY CLAIMS, ALL IT WOULD TAKE
IS FOR ONE OR BOTH OF THEM (OR EVEN YOU) TO LOOK AT THE VIDEO FROM
UNIT ONE AROUND CELL 202 AND IT WOULD BE SEEN THAT THIS THREAT IS
REAL AND MY LIFE IS IN DANGER. PLEASE TRANSFER ME!!

Respondent's Signature                Date              Reviewer's Signature               Date
                                                                                          4-10-15
Respondent's Name (Print)          Working Title        Reviewer's Name (Print)        Working Title

Date Returned to        If resolved at Step I, Grievant sign here.
Grievant:               Resolution must be described above.
                                                            Grievant's Signature                    Date



MICHIGAN DEPARTMENT OF CORRECTIONS

Rev. 10/10
CSJ-240B

## CLASS I MISCONDUCT HEARING REPORT

| Prisoner Number 212535 | Prisoner Name TAYLOR | | Facility Code MCF | Lock S-2 | Violation Date 4.9.15 |
|---|---|---|---|---|---|
| Charges: POSSESSION OF A WEAPON | | | | Pleas: NOT GUILTY | |
| Misconduct Report read to and discussed with Prisoner | ☒ (check if applies) | | | | |
| Investigation read to/discussed with Prisoner | ☒ (check if applies) | | | | |

### EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT:

The prisoner is present for the hearing.   The investigation consists of Hearing Investigator report that the prisoner did not want an investigation, a picture of the evidence, Contraband Removal Record and Misconduct Sanction Screening Form.

The prisoner says he had a heated argument with his cellmate the night before and he believes that his cellmate put the shank in his coat.

### PD-03.03.105 DEFINITION(S):

Possession of a Weapon: Unauthorized possession of any item designed or intended to be used to cause or threaten physical injury to another person; unauthorized possession of piece, strip, or chunk of any hard material which could be used as a weapon or in the creation of a weapon.

### REASON FOR FINDING:

According to the Misconduct Report the Reporting Officer found a six inch sharpened piece of metal inside the prisoner's coat pocket that was hanging on the door of the locker on the left side of cell 3-153, which is the prisoner's area of control.  A photograph and documentation of the evidence has been provided.  Per PD-03.03.105, a prisoner is presumed to possess contraband in his assigned area of control and has the burden of proof in overcoming this presumption.

Although the prisoner has stated his firm belief (he says it's a fact) that his cellmate put the shank in his coat pocket, there is no evidence and the prisoner has not requested any witnesses that would serve to overcome the presumption of possession.  The presumption of possession has not been overcome and pursuant thereto I find that the prisoner possessed the six inch sharpened piece of tubular steel.  As such it could be used to cause serious bodily harm to another and I find the prisoner guilty of the charged offense.

The prisoner was advised of findings and sanction and that he would receive the Hearing Report when completed.

### PROPERTY DISPOSITION(for contraband see PD 04.04.112)

The weapon is to be provided to the MSP.

| FINDINGS | REPORTING CODE | DISPOSITION | (Top lock and LOP Sanctions begin/end at 6:00 am) | | |
|---|---|---|---|---|---|
| GUILTY | 029 | 10    DAYS DETENTION | BEGINS:   4.16.15 | ENDS: | 4.26.15 |
| | | 30    DAYS LOSS OF PRIVILEGES | BEGINS:   4.26.15 | ENDS: | 5.26.15 |

| Misconduct Hearing Report given to Staff Member by Hearing Officer for Delivery to the Prisoner on:  4.16.15    (check if applies) ☒ | | |
|---|---|---|
| Date of Hearing: 4.16.15 | Name of Staff Member      L. PHIPPS | |
| Hearing Officer's Name D. J. PALLAS    027 | Hearing Officer's Signature | Date 4.16.15 |

6946

1-002

4/X

MICHIGAN DEPARTMENT OF CORRECTIONS

## MISCONDUCT REPORT

CSJ-228
10/10   4835-3228

| Prisoner Number: 212535 | Prisoner Name: *Taylor* | Facility Code: MCF | Lock: 3-153-A | Violation Date: 4-9-15 |
|---|---|---|---|---|

Time and Place of Violation:
1145  UNIT THREE CELL 153

Contraband Removal Record Provided to Prisoner?
☐ Yes  Date ___   ☐ N/A

Misconduct Class: ☒ I  ☐ II  ☐ III   Charge(s): POSSESSION OF A WEAPON

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses): DURING A ROUTINE SHAKEDOWN OF CELL 153. I FOUND A TAN COLORED PIECE OF METAL APPROX. SIX INCH IN LENGTH AND SHARPENED TO A POINT AT ONE END. THIS ITEM WAS IN PRISONER TAYLOR #212535 COAT POCKET. THE COAT WAS HANGING ON THE LOCKER DOOR LOCATED ON THE LEFT HAND SIDE OF CELL 153. THIS IS PRISONER TAYLOR #212535 DIRECT AREA OF CONTROL PER THE MUSKEGON CORRECTIONAL FACILITY PRISONER GUIDE BOOK PG. 35. PRISONER TAYLOR #212535 WAS I.D. BY UNIT COUNT BOARD AND OMNI.

| Reporting Staff Member's Name (Print) S. SHANK | Reporting Staff Member's Signature S. Shank | Date and Time Written 4-9-15  1210 |
|---|---|---|

### REVIEW

Location/Verification/Condition of Evidence: PLACED IN EVIDENCE LOCKER

Elevated to Class I at review?  ☐ No  ☐ Yes    If "yes", explain reason:

### COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT

Status Pending Hearing:  ☐ Bond  ☐ Segregation  ☐ Confinement to Cell/Room  ☐ Other
Reason if Non-Bond:  ☒ Non-Bond List  ☐ Bond Revoked (must give reason)

| Date and Time Given this Status: 4/9/15  1631 | Who Notified in Housing Unit of Status: C/O JONES |
|---|---|

Hearing Investigator Requested?  ☐ No  ☒ Yes
Witnesses Requested?  ☒ No  ☐ Yes   If yes, list:

Relevant Documents Requested?  ☒ No  ☐ Yes   If yes, list:

Additional Comments: SAID THE WEAPON IS NOT HIS — BUT DOES NOT WANT HEARING INVESTIGATOR

Prisoner Waives 24 Hour Notice of Hearing?  ☒ No  ☐ Yes
Hearing Date: 4/13/15

| Reviewing Officer's Name (Print) Sgt Gonzalez | Reviewing Officer's Signature | Review Date and Time 4/9/15  1633 |
|---|---|---|

I have received a copy of this report.  My signature does not necessarily mean that I agree with the report.
☐ Prisoner refused to sign. Copy given to prisoner.

Prisoner's Signature _Taylor_   Date X 4-9-15

### WAIVER OF CLASS II OR III HEARING

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.

Prisoner's Signature ___   Date ___

### SANCTIONS IMPOSED (Hearing Investigator enters begin and end dates for Class II misconducts)

| ___ Days Toplock | Begins: ___ | Ends: ___ | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|
| ___ Days Loss of Privileges | Begins: ___ | Ends: ___ | ☐ $ ___ Restitution (Class II only) |
| ___ Hours Extra Duty | Begins: ___ | Ends: ___ | |

Property Disposition If Applicable: ___

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |
|---|---|---|

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |
|---|---|---|

Distribution:  Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

4835-3284
CSJ-284  12/01

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONTRABAND REMOVAL RECORD

| Date: 4-9-15 | Time: 1145 | Staff Member's Name: S. SHANK | Badge No: 1094008 |
|---|---|---|---|
| Prisoner Name: Taylor | Prisoner Number: 212535 | Lock: 3-153-A | Facility: MCF |

Location Contraband Found: Taylors AREA of control

| ITEM | DESCRIPTION AND REASON FOR CONFISCATION (DESCRIBE FULLY): |
|---|---|
| 1 | ONE piece OF METAL APPROX 6 incH Long with A SHARpened |
| 2 | ENd FORMed To A poiNT, TAN iN coLoR. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

☑ SECURED IN   OR   ☐ TURNED OVER TO:  CONTRABAND LoCKeR  | DATE: 4-9-15 | TIME: 1520

FOR

☑ HEARING   OR   ☐ INSPECTION

☐ RETURNED TO PRISONER AFTER INSPECTION & WITHOUT ACTION TAKEN | DATE | TIME

PRISONER - PRINT NAME: | SIGNATURE:

DISTRIBUTION:   White - File Copy;   Canary - Prisoner;   Pink - With Contraband;   Goldenrod - Attached to NOI/Misconduct Report



Prisoner Name and Number_____Taylor # 212535_____

Date and time found_____4/09/2015 @1145 Hrs_____

Where found_____3-153 L/H Locker_____

Found By_____C/O  Shank_____

Verified _____N/A_____

## MDOC EVIDENCE, FOR OFFICIAL USE ONLY

# MICHIGAN DEPARTMENT OF CORRECTIONS

## MEMORANDUM

DATE:        4/13/15

TO:          Hearings Officer

FROM:        H.I. LaBudde

SUBJECT:     Taylor #212535

On 4/13/15 inmate Taylor told me he didn't want to have a Hearings Investigator, he stated that he would just leave it to the Hearings Officer.

# MICHIGAN DEPARTMENT OF CORRECTIONS

## MEMORANDUM

**DATE:**     4/28/2015

**TO:**        Taylor 212535
**LOCK:**     1- seg 2

**FROM:**     A/Grievance Coordinator Barnes
            Muskegon Correctional Facility (MCF)

**SUBJECT:** GRIEVANCE FORM CORRECTION REQUIRED TO PROCESS

### Your grievance is being returned to you for correction:

| | |
|---|---|
| _____ ATTEMPT TO RESOLVE YOUR ISSUE | _____ SIGN YOUR GRIEVANCE |
| _____ CHECK YOUR DATES | _____ ADD NAME OF STAFF INVOLVED |
| _____ ADD __COPY(S) OF YOUR EXTRA PAGES | _____ ALLOW STAFF TIME TO RESPOND |
| _____ MISSING DATE OF INCIDENT | _____ MISSING TODAY'S DATE |
| _____ MISSING COMPLETE LOCK NUMBER | ___X___ USE ONLY 1 GRIEVANCE FORM |
| _____ CANNOT ADDRESS HERE/SEND TO: | _____ |
| ___X___ OTHER REASON(S): | Refer to PD 03.02.130 |

*1 - Seg IOB*

*2-11A*

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:        5/5/2015

TO:        **TAYLOR**            212535                LOCATION:    MCF        SEG-2

FROM:        **Grievance Coordinator:  A/GC L. Barnes**

SUBJECT:    Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding        **Untimely Submission at Step 1**
was received in this office on    **5/5/2015**        and was rejected due to the reason noted above:

Any future references to this grievance should utilize this identifier:

                MCF        /    2015 /    05 /  0435    /  28E

_A/cee Barnes 5/9/15_
**Respondent**                        **Date**

_5/8/15_
**Reviewer**                        **Date**

*(REC.*
*5-15-15 )*
*J.T.*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: _____

Be brief and concise in describing your complaint. If you have any questions regarding the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Taylor Timothy | 213555 | MCF | Unit-1-55 | 3-13-15 | 4-22-15 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____ Yes

If none, explain why. I Locked up for Protection on 3-14-15 at or about 3:10 Am. I informed SEG (Inspector) P.C. Sowa, Mental Health Provider) That a hit had been Placed on my life and if returned to G.P. I life would be in danger, their Response was, "if something happens to you and we will know you told the truth!"

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On 3-13-15 I was Robbed and almost assaulted by 8 to 10 members of the G.D's, I locked myself in my cell to stop the assault it. See Unit one video camera located in the area of cell 202 from 10:30 pm to 11:30 pm.

• I provided the Inspector & P.C. Sowa with three witnesses in my first statement given to staff on 3-14-15 and I wrote a ...

On 4-6-15 I was ...

*Timothy L. Taylor C*

RESPONSE (Grievant Interviewed? ☐ Yes ☒ No If No, give explanation. If resolved, explain resolution.)

Rejected at Step I ...

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date 5/5/
Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

Date Returned to Grievant: _____ If resolved at Step I, Grievant sign here. Resolution must be described above. Grievant's Signature _____ Date _____

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

SEG OFFICERS HAVE NO OTHER PAPER SCRAP OR OTHERWISE IF YOU FAIL TO FILE THIS GRIEVANCE A COMPLAINT WILL BE FILED

OF THE PRISONER who placed the "HIT" ON ME AND OF THE GANG member who TOOK THE HIT AND SENT THE OTHER GANG MEMBERS AT ME. I provided THE NAMES TO THE INSPECTOR AND AGAIN REQUESTED TO BE TRANSFERRED TO STOP EITHER ME FROM BEING HURT OR FROM HAVING TO HURT SOMEONE AS "I WILL DEFEND MYSELF."

I wrote THE WARDEN, THE FIRST SHIFT LT./CAPTAIN A DETAILED ACCOUNT OF THE INCIDENT STATING THAT I HAVE "ENEMIES" ON THIS YARD AND ASKED TO BE TRANSFERRED TO BE FREE OF THIS SITUATION. TODAY I SPOKE with P.C. SOWA AND HE "SMILED" SAYING YOU WILL BE GOING BACK TO G.P. 4-21-15 I was SEEN BY S.C.C. ON FRIDAY.

To FORCE ME TO HAVE TO CHOOSE BETWEEN MY LIFE, TAKING SOMEONE ELSE'S LIFE OR BEING PUNISHED FOR REFUSING TO RETURN TO AN HOSTILE ENVIRONMENT BY BEING WRITTEN SEVERAL D.D.O's IS A DIRECT VIOLATION OF POLICY, which STATES: "STAFF HAVE a RESPONSIBILITY TO "PROTECT" THE LIVES OF BOTH EMPLOYEES AND PRISONERS" (PD-03.03.130); "ANY ACT OR LACK OF CARE, WHETHER by WILLFUL ACT OR NEGLECT, THAT INJURES OR SIGNIFICANTLY IMPAIRS THE HEALTH OF ANY PRISONER IS PROHIBITED"; THE LAW AND THE CONSTITUTION 8th Amendment.

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  12/97
CSJ-247B

Date Received by Grievance Coordinator
at Step II _____

Grievance Identifier | | | | | | | | | | | | |

**INSTRUCTIONS:  THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.**
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I resonse in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: _____
_____ by _____ . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909

| Name (first, last) Timothy L. Taylor | Number 212535 | Institution LCF | Lock Number F-2-149 | Date of Incident 3-13-15 | Today's Date 5-26-15 |
|---|---|---|---|---|---|

**STEP II – Reason for Appeal**    The decision of the grievance coordinator to REJECT the Step I grievance based on the basis of being "UNTIMELY" constitutes and abuse of authority and is both Arbitrary and capricious as what is not taken into account is the fact that the grievance coordinator L. Barnes had held the step I grievance for seven (7) days BEFORE returning it requesting that I make corrections, which were made and the grievance refiled. The grievance CAN NOT now come back, after requiring this grievant to make corrections, and say that the grievance is "UNTIMELY".

   This is just another attempt of the grievance coordinator to hender and discourage this grievant from filing this grievance and to protect his/her coworkers. This grievance is an

**STEP II – Response**

Date Received by
Step II Respondent:

Respondent's Name (Print) _____  Respondent's Signature _____  Date _____

Date Returned to
Grievant:

**STEP III – Reason for Appeal**

**NOTE:  Only a copy of this appeal and the response will be returned to you.**

**STEP III – Director's Response is attached as a separate sheet.**

**DISTRIBUTION:   White – Central Office;   Green - Canary – Step III;   Pink – Step II;   Goldenrod – Grievant**

coworkers. This grievance is and was timely and I am requesting that it be given the attention that it deserves.



# CLASS I MISCONDUCT HEARING REPORT

| Prisoner 212535 | Prisoner Name Taylor | | Facility Code MCFI | Lock I-002 | Violation Date 04/24/2015 |
|---|---|---|---|---|---|

**Charge(s)**
**Threatening Behavior**

| If Charge Changed by Hearing Officer | Plea |
|---|---|
| | ☐ Guilty    ☒ Not Guilty |

| Misconduct Report Read to and Discussed with Prisoner | ☒ (check if applies) | No Hearing Investigation Requested |
|---|---|---|
| Hearing Investigation Read to and Discussed with Prisoner | ☒ (check if applies) | ☐ (check if applies) |

## EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

Prisoner is   present for the hearing and the  misconduct report is reviewed with a screening form 1 page, a statement from prisoner Taylor 1 page.   Prisoner Taylor is asked at hearing if he wrote the threatening  note that was read to him at hearing and states yes. Prisoner states he is not guilty  and who am I threatening and declines further statement.    No further evidence is requested or is necessary.  Prisoner is iinformed of the sanction and the decision and told that a copy of the hearing report would be delivered to him,

## REASONS FOR FINDINGS

Pursuant to PD 03.03.105 Threatening Behavior: Words, actions, or other behavior which express an intent to injure or physically abuse another person:    Prisoner  Taylor wrote a letter on 4-24-15 at 1035 hrs and handed it to the to the reporting staff member that stated in part...If you place me back  in G.P. I am going to kill or try to kill one or both of the guys I mentioned.    I find that prisoner  Taylor  did  express the intent to injure and physically abuse another person(s)  by his above statement and admits at hearing he wrote the  threatening letter. It is no defense to the charge that prisoner Taylor did not name names in the letter because he did state if he was placed in G.P. he was going to try to kill or kill two  guys he had mentioned in the past to the reporting officer.    I find no credible evidence that the reporting officer has lied or fabricated his statements.   The reporting staff member is  clear  and detailed  in his statements and found credible.  The charge is upheld.

## PROPERTY DISPOSITION (for contraband see PD 04.07.112)

### FINDINGS

| | | | | | |
|---|---|---|---|---|---|
| Charge No. 1 | ☒ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | 012 |
| Charge No. 2 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | _____ |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | _____ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code | _____ |

### DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

| | | Begins | Ends | | |
|---|---|---|---|---|---|
| 10 | Days of Detention | 04/30/2015 | 05/10/2015 | _____ | Days Credit |
| _____ | Days Top Lock | _____ | _____ | _____ | Hours Extra Duty |
| _____ | Days Loss of Privileges | _____ | _____ | $ _____ | Restitution |

| Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐ | Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: 4/30/2015 (Check if Applies) ☒ |
|---|---|
| Date of Hearing 04/30/2015 | Name of Staff Member    Goodno |

| Hearing Officer's Name
Theut 048 | Hearing Officer's Signature | Date
4-30-15 |
|---|---|---|

DISTRIBUTION  Record Office,  Central Office File,  Prisoner,  Counselor  File,  Hearing Investigator

7017

5/5

264

**MICHIGAN DEPARTMENT OF CORRECTIONS**
Seg
CSJ-228
**MISCONDUCT REPORT**
10/10   4835-3228

| Prisoner Number: 212535 | Prisoner Name: Taylor | Facility Code: MCF | Lock: I-002 | Violation Date: 4-24-15 |

| Time and Place of Violation: 1035 Segregation | Contraband Removal Record Provided to Prisoner? ☐ Yes Date _____ ☑ N/A |

Misconduct Class: ☑ I  ☐ I  ☐ II  ☐ III   Charge(s): Threatening Behavior (Prisoner Victim)

Describe Violation (If contraband involved, describe in detail; identify any other employee witnesses):

At 1035 prisoner Taylor 212535 handed me a Kite addressed to the Inspector which stated " if you place me back in G.P. I am going to kill or try to kill one or both of the guys I mentioned." See attached Kite
ID'd by ID card

| Reporting Staff Member's Name (Print) N. Cranford | Reporting Staff Member's Signature | Date and Time Written 4-24-15 |

**REVIEW**

Location/Verification/Condition of Evidence:

Elevated to Class I at review? ☐ No ☐ Yes   If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond  ☑ Segregation  ☐ Confinement to Cell/Room  ☐ Other
Reason if Non-Bond: ☑ Non-Bond List  ☐ Bond Revoked (must give reason)

| Date and Time Given this Status: 1045 4/24/15 | Who Notified in Housing Unit of Status: C/O Browning |

Hearing Investigator Requested? ☑ No ☐ Yes   Witnesses Requested? ☑ No ☐ Yes   If yes, list:

Relevant Documents Requested? ☑ No ☐ Yes   If yes, list:

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing? ☑ No ☐ Yes   Hearing Date: 4/24/15 |

| Reviewing Officer's Name (Print) Sgt Nielsen | Reviewing Officer's Signature | Review Date and Time 4/24/15 1557 |

I have received a copy of this report. My signature does not necessarily mean that I agree with the report.
☐ Prisoner refused to sign. Copy given to prisoner.

| Prisoner's Signature Taylor | Date 4-24-15 |

**WAIVER OF CLASS II OR III HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.

| Prisoner's Signature | Date |

**SANCTIONS IMPOSED (Hearing Investigator enters begin and end dates for Class II misconducts)**

| _____ Days Toplock | Begins: _____ | Ends: _____ | ☐ Counseling/Reprimand (Class III only) |
| _____ Days Loss of Privileges | Begins: _____ | Ends: _____ | ☐ $ _____ Restitution (Class II only) |
| _____ Hours Extra Duty | Begins: _____ | Ends: _____ | |

Property Disposition If Applicable: _____

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |

Distribution: Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)

INSPECTOR:

THE SITUATION AS IT STANDS IS THIS... IF YOU PLACE ME BACK IN C.I.P I AM GOING TO KILL OR TRY TO KILL ONE OR BOTH OF THE GUYS I MENTIONED OR THEY ARE GOING TO KILL ME... IF YOU ARE OK WITH THIS THEN IT IS, WHAT IT IS...

Signed
Taylor