UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LOUIS TAYLOR,

      Plaintiff,                                         Case No. 1:16-cv-9

v.                                                          HON. JANET T. NEFF

SHERRY BURT, et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (Dkt 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 20, 2016 (Dkt 32), recommending that this Court grant in part and deny in part Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 32) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 17) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation. Specifically, Plaintiff's claims, except his claim challenging the decision by Defendants Sowa, Davis, and Baldwin, on or about May 7, 2015, to release Plaintiff back to the general population following his conviction for threatening behavior, are dismissed for failure to exhaust administrative remedies.

Dated: August 15, 2016                                   /s/Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 United States District Judge