UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LOUIS TAYLOR #212535,

       Plaintiff,                            Case No. 1:16–cv–9

v.                                        Hon. Janet T. Neff

SHERRY BURT, et al.,

       Defendants.
_____/

## **ORDER**

      The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by June 25, 2020.

      IT IS SO ORDERED.

Dated:  May 28, 2020                                                    /s/ Sally J. Berens
                                                                           SALLY J. BERENS
                                                                             U.S. Magistrate Judge