UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TIMOTHY TAYLOR #212535,

    Plaintiff,

v.

SHERRY BURT, et al.,

    Defendants.

NO. 1:16-cv-9

HON. JANET T. NEFF

MAG. SALLY J. BERENS

---

DICKINSON WRIGHT PLLC
*Attorneys for Plaintiff Timothy Taylor*
Robert L. Avers (P75396)
Matthew J. Keane (P83768)
Rasika A. Kulkarni (CA Bar # 321344)
200 Ottawa Ave NW Ste 900
Grand Rapids, MI 49503-2427
(616) 458-1300
RAvers@dickinsonwright.com
mkeane@dickinsonwright.com
RKulkarni@dickinsonwright.com

Perdue Law Group PLLC
*Attorneys for Plaintiff Timothy Taylor*
Edward P. Perdue (P55888)
447 Madison Avenue SE
Grand Rapids, MI 49503
(616) 888-2960
eperdue@perduelawgroup.com

Kristie Sparks (P79177)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
sparksdiakowk@michigan.gov

---

**STIPULATION AND ORDER OF DISMISSAL**

    NOW Come the parties, by and through counsel, and hereby stipulate to the dismissal of all claims against MDOC Defendants, Sherry Burt, Paul Davis, John Sowa, and Lydia Baldwin (f/k/a Stetson) with prejudice, and without costs or attorney fees.

For these reasons, the parties respectfully request this Honorable Court dismiss this entire case with prejudice. The requested Order will resolve the all pending claims and close the case.

IT IS SO STIPULATED.

Dated: June 23, 2020        /s/ Robert L. Avers
                            Robert L. Avers (P75396)
                            Attorney for Plaintiff

Dated: June 23, 2020        /s/ Kristie Sparks
                            Kristie sparks (P79177)
                            Assistant Attorney General
                            Attorney for MDOC Defendants

**IT IS SO ORDERED.**

Date:   June 23, 2020              /s/ Janet T. Neff
                                   Honorable Janet T. Neff
                                   United States District Court Judge

4832-5479-5712 v2 [99997-70412]

2